**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 13, 2020.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| NAPHTHA ENTERPRISES, LLC, § | CASE NO. 19-31258-HCM |
| § | |
| § | CHAPTER 11 |
| § | |
| DEBTOR § | |

**ORDER DISMISSING CASE**

Having considered the Certificate of Non-Compliance filed by the United States Trustee on April 9, 2020 and the record in this case, the Court finds that this case should be dismissed:

**IT IS THEREFORE ORDERED THAT:**

1. The case is dismissed.

2. Within seven days, the debtor shall submit to the United States Trustee its bank statements covering March 2020 and April 1, 2020 through the date of entry of this order.

3. Within 14 days of the entry of this Order, the debtor shall pay to the United States Trustee at P.O. Box 6200-19, Portland, OR 97228-6200 or through the pay.gov website the appropriate quarterly fees which are due and payable pursuant to 28 U.S.C. § 1930(a)(6). The payment must reflect debtor's account number and be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the United States Trustee.

4. The rights and interests, including, but not limited to, the security interest and liens granted to DIP Capital Fund, LLC, and the debtor's obligations to DIP Capital Fund, LLC under and with respect to the Final Order Authorizing the Debtor to: (i) Enter into a Factoring and Security Agreement in order to Sell Accounts Post-Petition to DIP Capital Fund, LLC and to Incur Credit Pursuant to 11 U.S.C. Sec. 363(b), (c), (f) and (m); (ii) granting DIP Capital Fund, LLC Liens and Security Interests on Property of the Debtor's Estate Pursuant to 11 U.S.C. Sec. 364 (c), 364(d)(1), 364(e) and 507; (iii) Modifying the Automatic Stay; (iv) Granting Related Relief Nunc Pro Tunc; and (v) an Expedited Hearing, Reduced Notice Period and Limited Notice Pursuant to Federal Rule of Bankruptcy Procedure 9006(c)(1) and Local Bankruptcy Rule 9014(d), and for Related Relief entered on September 10, 2019 (D.E. 37), and the Post-Petition Agreements (as defined in the Order), shall remain in full force and effect after the dismissal of the Bankruptcy Case.

###

Submitted by:

Kevin M. Epstein
Trial Attorney
State Bar No. 00790647
615 E. Houston St., Room 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax
E-mail: Kevin.M.Epstein@usdoj.gov

United States Bankruptcy Court
Western District of Texas

In re: Case No. 19-31258-hcm
Naphtha Enterprises, LLC  Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-3     User: mcgeem     Page 1 of 1     Date Rcvd: Apr 13, 2020
                  Form ID: pdfintp     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
        +E-mail/Text: USTPRegion07.SN.ECF@usdoj.gov Apr 14 2020 02:22:46     Kevin Epstein,
        615 E. Houston St., Room 533,    San Antonio, Texas 78205-2055
                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2020 at the address(es) listed below:
        Carlos A. Miranda    on behalf of Debtor    Naphtha Enterprises, LLC cmiranda@eptxlawyers.com,
        wendy@eptxlawyers.com
        Christen C. Paquin    on behalf of Creditor    Consolidated Electrical Distributors, Inc. dba
        Miller Electric Supply and Interstate Electric Supply cpaquin@mssattorneys.com
        Christopher S. Murphy    on behalf of Creditor    Texas Comptroller of Public Accounts
        bk-cmurphy@oag.texas.gov,    sherri.simpson@oag.texas.gov
        James W. Brewer    on behalf of Creditor    DIP Capital Fund, LLC jbrewer@kempsmith.com,
        tschoemer@kempsmith.com
        Jared A Ullman    on behalf of Creditor    DIP Capital Fund, LLC Jared.Ullman@uulaw.net,
        Claudette.Henry@uulaw.net;Joshua.Brownlee@uulaw.net
        Sidney H. Scheinberg    on behalf of Creditor    AFCO Credit Corporation
        Sscheinberg@godwinbowman.com,,
        sidscheinberg@sbcglobal.net;RTunnell@GodwinBowman.com;DFagan@GodwinBowman.com
        United States Trustee - EP12    USTPRegion07.SN.ECF@usdoj.gov
                                                                                                   TOTAL: 7